MR. JUSTICE SHEA,
dissenting:
I concur in the dissent of Justice DALY.
It is unfortunate that the majority grounds a part of its decisions on probable cause when it recognizes that the police were not proceeding to search the home pursuant to a belief that they had probable cause. Rather, they searched the home pursuant to the search clause in the conditions of probation.
*214 I do not believe that the police should be permitted to buttress their justification of the search by their after the fact determination that they had probable cause. If the police searched the home pursuant to the search clause, it should not matter that incidentally and in hindsight they decide that they had probable cause to search without a search warrant and without the search clause provision. The only issue this Court should have decided is the validity of the search clause provision in the conditions of probation.